In the Matter of SINCLAIR HABERMAN et al., Appellants, v ZONING BOARD OF APPEALS OF CITY OF LONG BEACH et al., Respondents.

Submitted February 20, 2007; decided March 29, 2007

Motion by the New York State Builders Association, Inc. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the proposed brief is accepted as filed.

MAYOR OF THE CITY OF NEW YORK, Appellant, v COUNCIL OF THE CITY OF NEW YORK, Respondent. LILLIAN ROBERTS, as Executive Director of District Council 37, AFSCME, AFL-CIO, et al., Intervenors-Respondents.

Submitted March 26, 2007; decided March 29, 2007

MAYOR OF THE CITY OF NEW YORK, Appellant, v COUNCIL OF THE CITY OF NEW YORK, Respondent. LILLIAN ROBERTS, as Executive Director of District Council 37, AFSCME, AFL-CIO, et al., Intervenors-Respondents.

Submitted March 26, 2007; decided March 29, 2007

Motion by County of Suffolk for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.